## VERIFIED RETURN OF SERVICE

| State of New York | Southern District of New York | District Court |

Index Number: 1:23-CV-05484
Date Filed: June 27, 2023

Plaintiff: **ZAHID ALIZADA, AN INDIVIDUAL**
vs.
Defendant: **ILGAR TALIBOV, AN INDIVIDUAL, AND DOES 1 THROUGH 10.**

FLP2023016100

For:
SCOTT ALAN BURROUGHS
DONIGER / BURROUGHS
603 ROSE AVENUE
VENICE, CA 90291

Received by FLORIDA PROCESS SERVICE, INC. on the **25th day of August, 2023** at **11:02 am** to be served on **ILGAR TALIBOV, 1750 N. BAYSHORE DR., APT. 4405, MIAMI, FL 33132**.

I, LUIS MESA, do hereby affirm that on the **6th day of September, 2023** at **5:50 pm, I:**

**POSTED** by attaching a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT.** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **1750 N. BAYSHORE DR., APT. 4405, MIAMI, FL 33132**.

**Additional Information pertaining to this Service:**
7/11/2023  6:37 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left contact notice, per building security defendant name is registered to unit
7/13/2023  8:21 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left new contact notice
7/15/2023  7:49 am  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door.  Notice left on previous attempt no longer affixed to door. Left new contact notice
7/18/2023  2:18 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left new contact notice
7/22/2023  12:10 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left new contact notice
7/25/2023  8:47 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left new contact notice
8/2/2023  8:05 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left new contact notice
8/11/2023  8:45 pm  Attempted service at 1750 N. BAYSHORE DR. APT. 4405, MIAMI, FL 33132 no response at door, left new contact notice
A True copy of the complete documents were mailed by first class mail at the last know address to ILGAR TALIBOV, 1750 N. BAYSHORE DR., APT. 4405, MIAMI, FL 33132 on this date of 9/7/2023 at 12:00 pm..

I certify that I am over the age of eighteen, am a certified process server in good standing in the judicial circuit in which the process was served, and I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true. No Notary Required Pursuant to F.S. 92.525(2).

**LUIS MESA**
MDC # 2383

**FLORIDA PROCESS SERVICE, INC.**
**1673 SW 67 Avenue**
**West Miami, FL 33155**
**(305) 371-9000**

Our Job Serial Number: FLP-2023016100

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r