UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zahid Alizada,<br><br>Plaintiff,<br><br>v.<br><br>Ilgar Talibov; et al.,<br><br>Defendants. | Case No.: 1:23-cv-05484-CM-OTW<br><br>**PLAINTIFF'S NOTICE OF ERRATA AND WITHDRAWAL OF DKT. NO. 24** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Zahid Alizada hereby provides this Notice of Errata re his Affidavit of Service filed on March 12, 2024, under allocated Docket No. 24 (the "AOS"). Plaintiff mistakenly identified the AOS at the time of filing. Therefore, Plaintiff hereby withdrawals Docket No. 24 and refers the Court to the corrected AOS filed under Docket No. 25.

Dated: March 12, 2024
New York, New York

Respectfully submitted,

By: */s/ David Michael Stuart Jenkins*
David Michael Stuart Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
Telephone: (310) 590-1820
djenkins@donigerlawfirm.com
*Attorneys for the Plaintiff*