**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZAHID ALIZADA, | Case No.: 1:23-cv-05484-CM-OTW |
| Plaintiff, | |
| v. | |
| ILGAR TALIBOV, et al., | |
| Defendants. | |

OK
Colleen McMahon
4/4/2024

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (DKT. 21)

PLEASE TAKE NOTICE THAT Plaintiff Zahid Alizada hereby provides this Notice of Withdrawal concerning the Motion to Compel Discovery from Smartist Inc. Pursuant to Subpoena Duces Tecum filed by Plaintiff on March 7, 2024, allocated Docket No. 21. Plaintiff has agreed to withdraw his previous subpoena and the Motion to Compel Discovery as Smartist Inc. has consented to service of a new subpoena calling for electronic production of the previously requested documents. Plaintiff thanks the Court for its attention to this matter.

Respectfully submitted,

Dated: April 2, 2024        By: /s/ David Michael Stuart Jenkins
David Michael Stuart Jenkins, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, NY 10038
(310) 590 – 1820
djenkins@donigerlawfirm.com
tbarrett@donigerlawfirm.com
*Attorneys for Plaintiff*

1