**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ZAHID ALIZADA,  :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　:　　　23-CV-5484 (CM) (OTW)
　　　　　　　　　　　　　　　　　　　:
　　　　　　-against-　　　　　　　　:　　　**ORDER**
　　　　　　　　　　　　　　　　　　　:
ILGAR TALIBOV, et al.,　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　:
　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 55, in which the parties represent that discovery is complete with the exception of the deposition of defendant Ilgar Talibov.

The parties' request for an extension of fact discovery is **GRANTED** only with respect to the deposition of defendant Talibov. The deadline for the parties to depose defendant Talibov is hereby extended until **October 31, 2024.**

The Clerk of Court is respectfully directed to close ECF 55.

**SO ORDERED.**

Dated: September 18, 2024　　　　　　　　　　　　_s/ Ona T. Wang_
　　　　New York, New York　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge