UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ZAHID ALIZADA,

              Plaintiff,                         23-CV-5484 (OTW)

        -against-                       **MEDIATION REFERRAL ORDER**

ILGAR TALIBOV, et al.,

              Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 64.

The parties' request to extend the deadline to complete expert discovery is **GRANTED**. The deadline for expert discovery is hereby **EXTENDED** to January 31, 2025.

 It is hereby **ORDERED** that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

The Clerk of Court is respectfully directed to close ECF 64.

**SO ORDERED.**

                                                                        *s/ Ona T. Wang*

Dated: January 7, 2025                               **Ona T. Wang**
       New York, New York                   United States Magistrate Judge