**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ZAHID ALIZADA,                                              :
                                                            :
                          Plaintiff,                        :     23-CV-5484 (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
ILGAR TALIBOV, et al.,                                      :
                                                            :
                          Defendants.                       :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 69, in which the parties represent that they have reached a settlement in this case.

It is **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED with prejudice** but without costs; provided, however, that either party may apply by letter within **45 days** of the issuance of this Order to restore this action to the calendar of the undersigned, in which event the action will be restored. All pending deadlines and conferences are hereby **ADJOURNED**.

The Clerk of Court is respectfully directed to close the case and all outstanding motions.

**SO ORDERED.**

Dated: February 24, 2025                          _s/ Ona T. Wang_____
       New York, New York                          **Ona T. Wang**
                                                   United States Magistrate Judge